MAZZOLA LINDSTROM LLP
1350 Avenue of the Americas, 2nd Floor
Tel: (646) 216-8585
*Attorneys for plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

----------------------------------------------------------------x

| | |
|---|---|
| ZHEJIANG JINKO SOLAR CO. LTD., | **CM/ECF** |
| Plaintiff, | **Civil Action No.:** |
| -against- | |
| THESAN USA CORP., | **Complaint** |
| Defendant. | |

----------------------------------------------------------------x

To:  Thesan USA Corp.
      c/o BlumbergExcelsior Corporate Services, Inc
      1013 Centre Road Suite 403S, Wilmington, New Castle, DE, 19805

      Courtesy Copy to:
      Thesan USA Corp.
      1221 Brickell Avenue, Suite 1160
      Miami, Florida 33131.

Plaintiff Zhejiang Jinko Solar Co. Ltd. ("Jinko"), through its undersigned attorneys, alleges as follows for its complaint against the defendant Thesan USA Corp., upon information and belief:

**Parties**

1.  At all material times, plaintiff Jinko was and is a foreign company engaged in the manufacture of solar panels, with its principal office Jinko Building, 99 Shouyang Road, Jingan District, Shanghai, People's Republic of China.

1

2. Plaintiff Jinko is 100% owned by citizen domiciliaries of the People's Republic of China, who neither reside nor maintain offices in the State of Florida.

3. Upon information and belief, at all material times, defendant Thesan USA Corp. was incorporated in Delaware on October 25, 2015, and maintains its principal place of business at 1221 Brickell Avenue, Suite 1160, Miami, Florida 33131.

## Jurisdiction and Venue

4. This is a breach-of-contract action – specifically, breach of a settlement agreement – in the federal court based diversity of citizenship, in that plaintiff Jinko and its owners are domiciliaries of the People's Republic of China, and defendant Thesan is a domiciliary of the State of Florida, where it maintains its principal place of business, and the amount in controversery exceeds $75,000.

5. Venue is proper in the Southern District of Florida, as defendant Thesan maintains its principal place of business within the district.

## Nature of Case: Breach of Contract

6. On February 25, 2019, plaintiff Jinko and defendant Thesan executed a settlement agreement, whereby defendant agreed to pay $1,000,000 to plaintiff in accordance with scheduled installments, and in consideration therefor plaintiff agreed to waive the right to full recovery of the remaining balance due on an account receivable of $1,591,020, save that in the event of a failure to pay by defendant in accordance with the schedule, the full account receivable, less what had been paid, would be owed. Having paid only $600,000 of the agreed-upon sum, and having lapsed into default, defendant became liable to plaintiff Jinko for $991,020.

7. On April 8, 2020, plaintiff Jinko brought suit in the United States District Court for the Southern District of New York against defendant Thesan, seeking recovery therefor. On June 19, 2020, the action was voluntarily withdrawn because the parties entered into an amendment to the settlement agreement, which was executed on July 9, 2020.

8. Under the terms of the July 9, 2020 amendment to the February 25, 2019 settlement agreement:

   a) Defendant Thesan was to pay $400,000 to plaintiff Jinko on or before August 31, 2020.

   b) In the event of a failure to make payment by August 31, 2020, then defendant Thesan would be liable to plaintiff Jinko for $500,000.

   c) In the event of a continued failure to pay by October 1, 2020, defendant Thesan would be liable to plaintiff Jinko for $750,000.

9. Defendant Jinko failed to make any payment whatsoever, and is thus in breach of the settlement agreement.

10. Defendant Thesan is therefore liable to plaintiff Jinko for $750,000.

**Jury Demand**

11. Plaintiff Jinko hereby demands trial by jury.

***

WHEREFORE, plaintiff plaintiff Zhejiang Jinko Solar Co. Ltd. demands judgment against defendant Thesan USA Corp. (a) in the amount of $750,000; (b) prejudgment interest; and (c) costs and disbursements.

Dated: New York, New York
October 22, 2020

MAZZOLA LINDSTROM LLP
*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com
*Attorneys for plaintiff*