## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:20-CV-24346-KMW

Plaintiff:
**ZHEJIANG JINKO SOLAR CO LTD**

vs.

Defendant:
**THESAN USA CORP**

For:
Richard Lerner, Esq
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019

Received by DIRECT PROCESS SERVER LLC on the 13th day of January, 2021 at 4:21 pm to be served on **THESAN USA CORP, 1221 BRICKELL AVENUE, SUITE 1160, P.O. Box 6327, Tallahassee, FL 32314**.

I, Christopher Kady, do hereby affirm that on the **14th day of January, 2021** at **12:00 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BRIANNA BIRO** as **DOCUMENT SPECIALIST** for THESAN USA CORP, authorized to accept service, of the within named corporation, at the alternate address of: **2415 NORTH MONROE STREET, SUITE 810, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 130, Hair: BROWN, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Kady
Process Server 237

DIRECT PROCESS SERVER LLC
22 SOUTHERN BLVD
SUITE 103
NESCONSET, NY 11767
(631) 406-6989

Our Job Serial Number: DPR-2021000075

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z