IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
----------------------------------------------------------------x
ZHEJIANG JINKO SOLAR CO., LTD.
Plaintiff,
-against-

THESAN USA CORP
Defendants
----------------------------------------------------------------x

Index No.: 1:20-cv-24346-KMW

**Notice of Striking**
**Docket Entry 9**

      Pursuant to the Clerk's Notice, DE 10, undersigned counsel, on behalf of plaintiff Zhejiang Jinko Solar Co., Ltd. hereby gives notice that Docket Entry 9 has been stricken due to incorrect e-filing category entry.

Dated: January 29, 2021
      New York, New York

By: _____
Jean Claude Mazzola
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2d Fl
New York, NY 10019
*Attorneys for Plaintiff*