IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG JINKO SOLAR CO., LTD.
Plaintiff,   Index No.: 1:20-cv-24346-KMW
-against-

**Notice of Striking**
THESAN USA CORP   **Docket Entry 11**
Defendants
-----------------------------------------------------------------x

     Pursuant to the Clerk's Notice, DE 13, undersigned counsel, on behalf of plaintiff Zhejiang Jinko Solar Co., Ltd. hereby gives notice that Docket Entry 11 has been stricken due to incorrect case captioning.

Dated: February 1, 2021
       New York, New York

By: _____
Jean Claude Mazzola
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2d Fl
New York, NY 10019
*Attorneys for Plaintiff*