IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG JINKO SOLAR CO., LTD.
Plaintiff,                                              Index No.: 1:20-cv-24346-KMW
-against-

                                                                         **Notice of Striking**

THESAN USA CORP                                         **Docket Entry 16**
Defendants
-----------------------------------------------------------------x

       Pursuant to the Clerk's Notice, DE 17, undersigned counsel, on behalf of plaintiff Zhejiang Jinko Solar Co., Ltd. hereby gives notice that Docket Entry 16 has been stricken due to incorrect linking protocol.


Dated: February 1, 2021
       New York, New York

                                                          By: _____
                                                               Jean Claude Mazzola
                                                               Mazzola Lindstrom LLP
                                                               1350 Avenue of the Americas, 2d Fl
                                                               New York, NY 10019
                                                                *Attorneys for Plaintiff*