IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG JINKO SOLAR CO., LTD.
Plaintiff,                                                          Index No.: 1:20-cv-24346-KMW
-against-

                                                                    **Notice of Striking**
THESAN USA CORP                                                     **Docket Entry 18**
Defendants
-----------------------------------------------------------------x


      Pursuant to the Clerk's Notice, DE 19, undersigned counsel, on behalf of plaintiff
Zhejiang Jinko Solar Co., Ltd. hereby gives notice that Docket Entry 18 has been stricken due to
a filing error for an amended complaint in the wrong case.


Dated:  February 1, 2021
       New York, New York


                By: _____
                   Jean Claude Mazzola
                   Mazzola Lindstrom LLP
                   1350 Avenue of the Americas, 2d Fl
                   New York, NY 10019
                   *Attorneys for Plaintiff*