IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x

ZHEJIANG JINKO SOLAR CO., LTD.,

       Plaintiffs,

-against-

THESAN USA CORP,

       Defendant.
-----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-24346-KMW

Hon. Kathleen M. Williams, USDJ
Hon. Chris A. McAliley, USDJ

**Request for Entry of Clerk's Default as to Second Amended Complaint (DE 9)**

Plaintiff Zhejiang Jinko Solar Co., Ltd, ("Jinko"), makes this request for entry of default by the Clerk against defendant Thesan USA Corp, in the above-captioned action. Please enter the default of defendant Thesan USA Corp pursuant to Fed. R. Civ. P. 55(a) and (b)(l) for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affidavit of service of the summons and complaint showing that service of same was effectuated on December 9, 2020.

Dated: New York, New York
       February 16, 2021

MAZZOLA LINDSTROM LLP
By:   *Jean-Claude Mazzola*
       Jean-Claude Mazzola
Attorneys for plaintiff Zhejiang Jinko Solar Co., Ltd.
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com