**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ZHEJIANG JINKO SOLAR CO. LTD.

CASE NUMBER
  1:20–cv–24346–KMW

PLAINTIFF(S)

v.

THESAN USA CORP.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Thesan USA Corp.**

as of course, on the date February 17, 2021.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ *Lisa Streets*_
Deputy Clerk

cc:  Judge Kathleen M. Williams
    Thesan USA Corp.
    2415 North Monroe Street
Suite 810

    Tallahassee, FL
32301

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)