MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
646.250.6666
[jean-claude@mazzolalindstrom.com](jean-claude@mazzolalindstrom.com)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG JINKO SOLAR CO., LTD.,              CM/ECF

       Plaintiffs,              Civil Action No.:
                                             20-CV-24346-KMW

   -against-

THESAN USA CORP.,

       Defendant.
-----------------------------------------------------------------x

**Notice of Motion for Default Judgment**

      Please take notice that based upon the accompanying memorandum of law, the declaration of attorney Jean-Claude Mazzola, the certificate of default entered by the Clerk of the Court on file herein, the complaint, and all of the other relevant papers and pleadings on filed herein, plaintiff Zhejiang Jinko Solar Co., Ltd., by and through its attorneys, will move this court on a date to be determined, before the Honorable Kathleen M. Williams, United States District Judge, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Room 11-3, Miami, Florida 33128 United States, for an order pursuant to Federal Rule of Civil

1

Procedure 55 and Local Rule 7055-1 granting a default judgment against defendant Thesan USA Corp. The grounds for this motion are set forth in plaintiff's accompanying memorandum of law, submitted herewith.

Dated: New York, New York
       February 19, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com