IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
----------------------------------------------------------------x

ZHEJIANG JINKO SOLAR CO.,                                     CM/ECF
LTD.,
          Plaintiffs,                        Civil Action No.:
                                                  20-CV-24346-KMW

      -against-

THESAN USA CORP.,

          Defendant.
----------------------------------------------------------------x

### Declaration in Support of Motion for a Default
### Judgment as to Complaint

I, Jean-Claude Mazzola, hereby declare as follows:

1.       I am an attorney with the firm of Mazzola Lindstrom, LLP, counsel for plaintiff

Zhejiang Jinko Solar Co., Ltd.

2.       Having reviewed the file maintained for the prosecution of this action, I am

familiar with the facts stated herein.

3.       In accordance with Fed. R. Civ. P. 55(a) and (b)(2), I make this declaration in

support of plaintiff's request for a default judgment of $750,000 with respect to the complaint

(exhibit "A" hereto), plus pre-judgment interest, and costs and disbursements in the amount of

$750 (or such amount deemed reasonable by the court) against defendant Thesan LLC.

4.       As set forth in the accompanying complaint, this is a breach-of-contract action –

specifically, breach of a settlement agreement, pursuant to which defendant agreed to pay

plaintiff $750,000, if defendant failed to make certain installment payments. (See settlement

agreement, exhibit "B" hereto). Under the agreement, as amended, defendant agreed to pay

$400,000 by August 31, 2020, and, in the event of the failure to make such payment, would

1

become obligated to pay $500,000 to plaintiff. In consideration thereof, plaintiff agreed to forebear seeking recovery of $991,020 that it claimed defendant owed it. In the event of a further default in paying moneys due by October 1, 2020, defendant would become obligated to pay plaintiff $750,000.

5.      As the moneys due were – pursuant to the settlement agreement – to be paid to my law firm, I have personal knowledge of defendant's failure to pay. Accordingly, the elements of the cause of action – i.e., the breach of the contract and the damages sustained – are established by this affidavit. That is, there was an agreement to make payment to my firm of $400,000. Defendant failed to make the payment, and thus on October 1, 2020, became obligated to pay $750,000. Defendant has failed to make such payment, despite demand therefor. Accordingly, plaintiff is entitled to judgment in that amount, plus such costs and disbursements as this court deems reasonable.

6.      The costs and disbursements incurred are $400 to file this lawsuit, and $350 to effectuate service. The first attempted service failed due to the fact that defendant could not be served at its designated address, as it could not be found there, and thus service had to be effectuated at an alternate address, at additional cost. Of course, plaintiff defers to the court as to the reasonableness of such fees for service of process.

7.      A clerk's notice of default was docketed on February 17, 2021, due to defendant's failure to answer the complaint. (See exhibit "C").

WHEREFORE, plaintiff Zhejiang Jinko Solar Co., Ltd. demands judgment against defendant Thesan USA Corp.: (a) for $750,000; and (b) for prejudgment interest at the statutory rate from October 1, 2020, plus costs and disbursements of $750.50, or such lesser amount as may be deemed reasonable and appropriate by the court.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: New York, New York
February 19, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com

3