IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------------X
ZHEJIANG JINKO SOLAR CO., LTD.
                Plaintiffs,

-against-                                                    **Civil Action No.**
                                                                              20-CV-24346-KMW


THESAN USA CORP                                          **Declaration of Service**
                Defendant.
-------------------------------------------------------------------------X

      I, Steven Prifti, declare under penalty of perjury, pursuant to 28 USC 1746, that I am over the age of 18 and not a party to this action, and that on February 19, 2021, I served plaintiff Zhejiang Jinko Solar Co., Ltd.'s motion for a default judgment, with all accompanying papers, upon defendant Thesan USA Corporation, by regular mail at their principal address 1221 Brickell Avenue, suite 1160, PO Box 6327, Tallahassee, FL 32314.


Dated: New York, New York
       February 22, 2021

                                                                              _____
                                                                              Steven Prifti
                                                                              Paralegal
                                                                              Mazzola Lindstrom LLP
                                                                              1350 Avenue of the Americas
                                                                              Second Floor
                                                                              New York, New York 10019