MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
646.250.6666
jean-claude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
ZHEJIANG JINKO SOLAR CO., LTD.,

        Plaintiffs,

   -against-

THESAN USA CORP.,

        Defendant.
-----------------------------------------------------------------x

CM/ECF

Civil Action No.:
20-CV-24346-Willliams/McAliley

**Notice of Amended Motion for Default Judgment**

Please take notice that based upon the accompanying memorandum of law, the declaration of attorney Jean-Claude Mazzola, the certificate of default entered by the Clerk of the Court on file herein, the complaint, and all of the other exhibits hereto, and the relevant papers and pleadings on file herein, plaintiff Zhejiang Jinko Solar Co., Ltd., by and through its attorneys, will move this court on a date to be determined, before the Honorable Magistrate Judge Chris McAliley, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Room 11-3, Miami, Florida 33128 United States, for an order pursuant to

Federal Rule of Civil Procedure 55 and Local Rule 7055-1 granting a default judgment against defendant Thesan USA Corp. The grounds for this motion are set forth in plaintiff's accompanying memorandum of law, submitted herewith.

Dated: New York, New York
May 17, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com

To be served upon:

**Via Regular Mail and Certified Mail**
Thesan USA Corp.
1221 Brickel Avenue, Suite 1160, Miami, Florida 33131

**Via Email and Text message**
Pierluigi Borgogna (principal of Thesan USA Corp.)
Email address: borgogna@thesan.com
Via text message to: 202-848-2384

**Affidavit of service to be filed in due course**